RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Javier Alejandro Linares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00065-GMN-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SUPPLEMENT DEADLINE AND SENTENCING HEARING** |
| v. | (First Request) |
| JAVIER ALEJANDRO LINARES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Javier Alejandro Linares, that the Sentencing Hearing currently scheduled on August 21, 2024, at 9:00 a.m., and the Supplement deadline due August 14, 2024, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Additional time is needed for defense counsel to prepare the supplement and to prepare for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 14th day of August 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER ALEJANDRO LINARES,<br><br>Defendant. | Case No. 2:23-cr-00065-GMN-MDC<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, August 21, 2024, at 9:00 a.m., be vacated and continued to October 16, 2024 at the hour of 11:00 a,m. and the Supplement deadline scheduled for August 14, 2024 is vacated and continued to October 9, 2024.

DATED this 14 day of August 2024.

_____
UNITED STATES DISTRICT JUDGE